UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James Lee Woodard**  Docket No. 7:12-CR-103-1D

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, James Lee Woodard, who, upon an earlier plea of guilty to Conspiracy to Rob a Business Engaged in Interstate Commerce, in violation of 18 U.S.C. § 1951, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on May 15, 2013, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

James Lee Woodard was released from custody on October 14, 2015, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 17, 2015, the defendant submitted to a urinalysis screening which was confirmed as positive for marijuana by Alere Laboratories on November 23, 2015. The defendant admitted to smoking marijuana approximately three days prior to the screening and signed an admission form to that fact.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring, and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield  /s/ Kristyn Super
Dwayne K. Benfield  Kristyn Super
Supervising U.S. Probation Officer  U.S. Probation Officer
 200 Williamsburg Pkwy, Unit 2
 Jacksonville, NC 28546-6762
 Phone: 910-346-5104
 Executed On: December 9, 2015

James Lee Woodard
Docket No. 7:12-CR-103-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this  11  day of  December , 2015 and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge