UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James Lee Woodard**                    **Docket No. 7:12-CR-103-1D**

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, James Lee Woodard, who, upon an earlier plea of guilty to Conspiracy to Rob a Business Engaged in Interstate Commerce, in violation of 18 U.S.C § 1951, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on May 15, 2013, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

James Lee Woodard was released from custody on October 14, 2015, at which time the term of supervised release commenced.

On November 12, 2015, a Violation Report was submitted to the court advising that the defendant was charged with Driving While License Revoked – Not Impaired Revocation. As this was the defendant's first violation, supervision was permitted to continue.

On December 9, 2015, a Petition for Action on Supervised Release was submitted to the court advising that the defendant tested positive for marijuana. As a response to this infraction, the conditions of supervised release were modified to include 30 days of Home Detention with electronic monitoring.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 14, 2016, the defendant submitted to a urinalysis screening which was confirmed positive for marijuana by Alere Laboratories on January 27, 2016. The defendant admitted to consuming alcohol containing marijuana on approximately December 19, 2015, and signed an admission form to that fact.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing
is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: February 1, 2016

## ORDER OF THE COURT

Considered and ordered this ___**3**___ day of ___**Febrvany**___, 2016 and ordered filed and
made a part of the records in the above case.

_____

James C. Dever III
Chief U.S. District Judge